# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Cynthia Reynolds,  Case No. 3:12CV38

    Plaintiff

v.  **ORDER**

Commissioner of Social Security,

    Defendant

This is a social security disability case in which, following reference to a Magistrate Judge for Report and Recommendation, the Magistrate Judge has filed the Report and Recommendation.

Neither party having objected to the Report and Recommendation, it is, on *de novo* review, hereby

ORDERED THAT the Magistrate Judge's Report and Recommendation (Doc.16), be and the same hereby is adopted as the opinion of the undersigned.

The Clerk shall enter judgment accordingly.

So ordered.

    /s/ James G. Carr
    Sr. United States District Judge